UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

OWEN PAYNE,

                                      Plaintiff,

                   -against-

CITY OF NEW YORK, NYPD OFFICER KELVIN
PERALTA, NYPD OFFICER JOHN DOE,

                                  Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV5503 (NGG) (VVP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

STEVEN M. WARSHAWSKY
*Attorney for Plaintiff*
350 Fifth Avenue, 59th Floor
New York, NY 10118
212-601-1980

By: /s/ Steven M. Warshawsky  6/30/14
*Attorney for Plaintiff*

Dated: New York, New York
July 15, 2014

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City, Peralta and Rosenberg*
100 Church Street,
New York, New York 10007

By: /s/ Carla Cheung
*Assistant Corporation Counsel*

SO ORDERED:

HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

2